# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF WEST COAST FIRE & INTEGRATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> RBT ELECTRIC, INC., *et al.*, <br><br> Defendants. | Case No. 25-cv-1318-BAS-MMP <br><br> **ORDER DENYING JOINT MOTION TO DISMISS (ECF No. 9)** |

Before this Court is Plaintiff's and Defendants' joint motion to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). (ECF No. 9.) A dismissal is without prejudice unless the parties stipulate otherwise. *See* Fed. R. Civ. P. 41(a)(1)(B). Here, two of the three parties have stipulated otherwise. (ECF No. 9 at 2.) While Plaintiff's attorneys apparently prepared the document, they did not sign it and therefore did not join in the stipulation. (*See generally id.*) Thus, the Court **DENIES** the Joint Motion without prejudice to Plaintiff filing a signed joint motion. (*Id.*)

**IT IS SO ORDERED.**

**DATED: August 25, 2025**

Hon. Cynthia Bashant, Chief Judge
United States District Court

- 1 -

25cv1318